Case 1:18-cv-10311-RBK-AMD   Document 53   Filed 04/12/21   Page 1 of 1 PageID: 523

<u>NOT FOR PUBLICATION</u>

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| WILLIAM MAY, *et al.*, | : |
| Plaintiffs, | : Civil No. 18-10311 (RBK/AMD) |
| v. | : **ORDER** |
| ELK PIPELINE, INC., | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant's April 6, 2021 Letter to the Court (Doc. 52).

**THE COURT NOTING** that, on March 18, 2021, the Court entered an Order dismissing Plaintiffs' Third Amended Complaint (Doc. 51). The Court granted Plaintiffs leave to file a motion to amend the Complaint within 14 days of the entry of the Court's Order.

**THE COURT OBSERVING** that the 14 days to file a motion to amend the Complaint expired on April 1, 2021. Plaintiffs have failed to file a motion to amend the Complaint.

**THE COURT FINDING** that because Plaintiffs have taken no further action to pursue their claims, the action will be dismissed; and therefore

**IT IS HEREBY ORDERED** that the action is **DISMISSED WITH PREJUDICE**.

Dated: <u>4/12/2021</u>  
/s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge